Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| FRANCIS ANTHONY JR ZAK | ) | CASE NO.: 07-01405-TUC-JMM |
| | ) | |
| | ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) | **FOR DELINQUENT PLAN PAYMENTS** |
| | ) | **AND NOTICE OF HEARING;** |
| DEBTOR | ) | |

**HEARING DATE: 9/9/2009**
**HEARING TIME: 1:45 pm**
**LOCATION: Court Rm. # 430**
**38 S. Scott Ave. Tucson, AZ 85701**

**PLEASE READ THIS MOTION / NOTICE CAREFULLY**

**YOUR RIGHTS MAY BE ALTERED BY FAILING TO RESPOND**

Dianne C. Kerns, Trustee in the above-captioned estate, hereby moves the Court for an order dismissing the above-captioned case on the grounds that the Debtor is delinquent in one or more plan payments. **The amount of the delinquency is: $10,000.00**. THE TRUSTEE HEREBY GIVES NOTICE THAT A HEARING WILL BE HELD AT THE TIME AND PLACE NOTED ABOVE, UNLESS THE DEBTOR DOES ONE OF THE FOLLOWING WITHIN THIRTY(30) DAYS OF THE MAILING OF THIS MOTION:

(a) **Make payment to the Trustee of the full amount stated as delinquent and all payments which subsequently come due.** (1)

(b) File with the Court, and serve a copy on the Trustee, a notice of conversion to Chapter 7; or

(c) File with the Court, and serve a copy on the Trustee, a motion for moratorium of the delinquent plan payments.

**Please note that filing a motion to extend time to comply with the Trustee's Motion to Dismiss will not excuse attendance at the scheduled hearing (unless an order granting the motion for extension has been entered prior to the hearing).**

Dated: July 28, 2009

/s/ Dianne C. Kerns 011557

Dianne C. Kerns, Esq.
Chapter 13 Trustee

CASE NO.:  07-01405-TUC-JMM

Copy of the foregoing was electronically filed with U.S. Bankruptcy
Court this July 28, 2009
All parties will receive notice from the court including the following:


FRANCIS ANTHONY JR ZAK                    ERIC OLLASON
P O BOX 12291                             182 N COURT AVE
TUCSON, AZ  85732-2291                    TUCSON, AZ  85701



Submitted By Betty Norton


1      Payments should be mailed to Dianne C. Kerns, Trustee, P.O. Box 366, Memphis, TN  38101-0366.  Cashier's checks or
money orders only.  To insure sufficient time for all timely payments to be posted, the Trustee will review this case 40 days
after the mailing of this motion. THE ENTIRE DELINQUENCY MUST BE CURED. A partial payment will not suffice.
Additional payments will become due in the time period allowed to cure the plan default; these  additional payments must be
paid to fully cure your plan default.

    LRBP 2084-17 provides as follows:

        "If the court dismisses a case on motion of the case trustee, the court may grant a motion to reinstate the
        case without a hearing if the case trustee approves the proposed reinstatement order. If the case trustee
        does not approve the order, the debtor may set the matter for hearing. The court may set a hearing on the
        motion to reinstate on request of an interested party who had joined the case trustee's dismissal motion."


As a general matter, the Trustee will approve the proposed reinstatement order if the plan payments are current and there  are
no other impediments to confirmation.

CASE NO.: 07-01405-TUC-JMM

| RECEIPT HISTORY | | | |
|---|---|---|---|
| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
| Aug 24, 2007 | TR FR 05-00347 | TRUSTEE CHECK | 18,537.62 |
| Feb 19, 2008 | 406721219 | CASHIER'S CHECK FROM DEBTOR | 1,500.00 |
| Feb 27, 2008 | 406721267 | CASHIER'S CHECK FROM DEBTOR | 1,500.00 |
| Mar 04, 2008 | 407002345 | MONEY ORDER FROM DEBTOR | 500.00 |
| Mar 13, 2008 | 767172097 | CERTIFIED CHECK FROM DEBTOR | 1,500.00 |
| Mar 17, 2008 | 406721446 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Mar 26, 2008 | 459788637 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Apr 03, 2008 | 459788658 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Apr 10, 2008 | 459788675 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Apr 21, 2008 | 042319254 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Apr 25, 2008 | 459788701 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| May 02, 2008 | 767172552 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| May 12, 2008 | 909304346 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| May 19, 2008 | 459788736 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| May 27, 2008 | 459788744 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jun 02, 2008 | 459788779 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jun 11, 2008 | 9471200014 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jun 18, 2008 | 9471200028 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jun 27, 2008 | 9471200048 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jul 03, 2008 | 9471200058 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Dec 01, 2008 | 9016701342 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Dec 08, 2008 | 9016701416 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Dec 15, 2008 | 9016701484 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Dec 18, 2008 | 9471200393 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Dec 26, 2008 | 9471200405 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Jan 12, 2009 | 9471200434 | CASHIER'S CHECK FROM DEBTOR | 700.00 |
| | | **TOTAL RECEIPTS** | **49,237.62** |