# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | FRANCIS ANTHONY ZAK |
| **Case Number:** | 4:07-BK-01405-JMM     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 09, 2009 01:45 PM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | LUPE MARTINEZ |

## *Matter:*

TRUSTEE'S MOTION TO DISMISS

**R / M #:**   63 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
ERIC OLLASON, ATTORNEY FOR FRANCIS ANTHONY ZAK

## *Proceedings:*

MR. OLLASON STATES THE DEBTOR HAS AGREED TO BE CURRENT IN 60 DAYS.

COURT:  THE DEBTOR WILL HAVE 60 DAYS TO BECOME CURRENT; OTHERWISE, THE TRUSTEE WILL BE FREE TO LODGE AN ORDER OF DISMISSAL.